IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARTON ENG, ET AL.,<br><br>           Plaintiffs,<br><br>  vs.<br><br>TYLER BANTA, ET AL.,<br><br>           Defendants. | CIV. NO. 22-00309 JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS (ECF NO. 211) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS (ECF NO. 211)**

Findings and Recommendation having been filed and served on all parties on November 26, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Deny Giro Katsimbrakis and St. Louis Redevelopment Company, LLC's Motion for Attorneys' Fees and Related Nontaxable Expenses, ECF No. 211, are adopted as the opinion and order of this Court.

/ / /

/ / /

/ / /

/ / /

IT IS SO ORDERED.

DATED: December 22, 2025, Honolulu, Hawaiʻi



Jill A. Otake
United States District Judge

CIV. NO. 22-003039 JAO-WRP, *Eng, et al. v. Banta, et al.*; Order Adopting Magistrate Judge's Findings and Recommendations (ECF No. 211)